No. 02–6362.   DIANNE C. v. SONOMA COUNTY HUMAN SERVICES DEPARTMENT.   Ct. App. Cal., 1st App. Dist.   Certiorari de-

nied.